**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
                                            :

MALIBU MEDIA, LLC,                     :

                                 :       Case No. 2:18-cv-05158-SJF-SIL

                    Plaintiff,       :

                                 :

                        vs.           :

                                 :

JOHN DOE subscriber assigned IP address   :
72.69.81.52,                      :

                                 :

                    Defendant.   :
-----------------------------------------------------------------X

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant")

through his counsel.  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily

dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP Address

72.69.81.52. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered

Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for

administrative purposes.

        Dated: February 15, 2019                  Respectfully Submitted,

                                               By: <u>/s/ Kevin T. Conway, Esq.</u>
                                               Kevin T. Conway, Esq.
                                               NY Bar No.: 2133304
                                             80 Red Schoolhouse Road,
                                             Suite 110
                                             Spring Valley, NY 10977-6201
                                             T: (845) 352-0206
                                             F: (845) 352-0481
                                           Email: ktcmalibu@gmail.com
                                         *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 15, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Kevin T. Conway*